```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
In Re: LYONDELL CHEMICAL CO., et al. :
                                     :
                         Debtors,    :
-------------------------------------:   16cv518 (DLC)
                                     :
EDWARD S. WEISFELNER, as Litigation  :   ORDER
Trustee of the LB Litigation Trust   :
                                     :
                         Appellant,  :
                                     :
              -v-                    :
                                     :
HOFMANN, et al.                      :
                                     :
                         Appellees.  :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2016

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by February 12, 2016. The appellees shall file their opposition brief by February 26. The appellant's reply brief, if any, must be filed by March 11.

IT IS FURTHER ORDERED that at the time any reply is served, the appellant shall supply two courtesy copies of all papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 2, 2016

                                        _____
                                                  DENISE COTE
                                        United States District Judge