James K. Haney, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: jhaney@wongfleming.com
*Counsel for Appellee Financial Advisor 3*

**ON APPEAL TO THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:16-cv-00518**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK** <br> In re: <br><br> LYONDELL CHEMICAL COMPANY, *et al.* <br><br> Debtors. <br><br> EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST, <br><br> Plaintiff, <br><br> - against – <br><br> HOFMANN, *et al.,* <br><br> Defendants. | Chapter 11 <br><br> Case No. 09-10023 (REG) <br><br> (Jointly Administered) <br><br><br> Adversary Proceeding No.: 10-05525 (REG) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Wong Fleming, by the undersigned, hereby appears as counsel for Appellee Financial Advisor 3 ("Appellee").  Pursuant to §1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Appellee requests all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned proceeding, be served to the follow address:

        James Haney, Esq.
        **WONG FLEMING**
        821 Alexander Road, Suite 200
        Princeton, NJ 08543-3663
        Phone: (609) 951-9520
        Fax: (609) 951-0270
        Email: jhaney@wongfleming.com

Dated: February 5, 2016
       Princeton, NJ

        /s/ James Haney
        James Haney
        **WONG FLEMING**
        821 Alexander Road, Suite 200
        Princeton, NJ 08543-3663
        Phone: (609) 951-9520
        Fax: (609) 951-0270

        *Counsel for Appellee Financial Advisor 3*

## **CERTIFICATE OF SERVICE**

  I, James Haney, hereby certify that on February 5, 2016, a true copy of the Notice of Appearance and Request for Service of Papers was filed electronically and served upon all counsel of record via the court's ECF system. Parties may access this filing through the Court's system.

                 /s/ *James Haney*
                 James Haney