

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re:<br>LYONDELL CHEMICAL COMPANY, et al.,<br><br>    Debtors. | Case No. 09-10023 (CGM)<br><br>Chapter 11 |
| EDWARD S. WEISFELNER, AS<br>LITIGATION TRUSTEE OF THE<br>LB LITIGATION TRUST,<br><br>    Appellant,<br><br>v.<br><br>HOFMANN, et al.,<br><br>    Appellees. | Case No. 16-00518 (DLC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2016

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, on December 8, 2015, the Bankruptcy Court (Gerber, J.) entered a Judgment (the "Judgment") implementing its *Decision on Motions to Dismiss Amended Intentional Fraudulent Transfer Claims, et al.*, dismissing with prejudice *Weisfelner v. Hofmann* (Adv. Pro. No. 10-05525, Docket No. 908);

WHEREAS, on December 21, 2015, Plaintiff-Appellant Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust (the "Trustee") appealed the Judgment to this Court, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, by filing a Notice of Appeal, which was docketed on January 22, 2016 (the "Notice of Appeal") (Docket No. 1);

WHEREAS, on January 22, 2016, a notice was entered on the docket, indicating that the record on appeal is complete and the Trustee's opening brief is due by February 22, 2016;

1

WHEREAS, on January 26, 2016, a notice was entered on the docket, assigning this matter to the Honorable Denise L. Cote ("**Judge Cote**");

WHEREAS, on February 2, 2016, this Court issued an order directing: (a) the Trustee to file its opening brief by February 12, 2016; (b) the defendants to file an opposition brief by February 26, 2016; and (c) the Trustee to file a reply brief by March 11, 2016 (Docket No. 6);

WHEREAS, pursuant to Rule 4.D of Judge Cote's Individual Practices in Civil Cases, counsel may extend deadlines by stipulation submitted to this Court no later than two business days before a brief is due;

NOW THEREFORE, the undersigned parties[1] agree as follows:

1. The deadline for the Trustee to serve and file an opening brief is extended to and including March 3, 2016.

2. The deadline for the defendants to serve and file an opposition brief is extended to and including April 4, 2016.

3. The deadline for the Trustee to serve and file a reply brief is extended to and including April 22, 2016.

| By: _____ | By: _____ |
|---|---|
| Sigmund S. Wissner-Gross | Philip D. Anker |
| May Orenstein | Ross E. Firsenbaum |
| Marek P. Krzyzowski | WILMER CUTLER PICKERING |
| BROWN RUDNICK, LLP | HALE AND DORR LLP |
| Seven Times Square | 7 World Trade Center |
| New York, New York 10036 | 250 Greenwich Street |

---

[1] Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") represents only the undersigned defendants-appellees in this adversary proceeding and appeal. However, WilmerHale has circulated this Stipulation for Extension of Time to all counsel of record and has received no objection. The agreed briefing schedule here shall apply to all defendants-appellees.

2

So ordered.

*/s/ Denise Cote*
2/10/16

| | |
|---|---|
| Telephone: 212-209-4800<br><br>*Counsel for Edward S. Weisfelner, as Litigation Trustee of the LB Litigation Trust* | New York, New York 10007<br>Telephone: 212-230-8800<br><br>*Counsel for Doft and Co., Inc.; Elisabeth H. Doft; MJR Partners; RBC Dominion Securities; HBK Master Fund L.P.; Affiliate of Mutual Fund 12 (sued as "Mutual Fund 12"); Affiliate of Broker-Dealer 1 (sued as "Broker-Dealer 1"); Affiliate of Broker-Dealer 2 (sued as "Broker-Dealer 2"); Affiliate of Broker-Dealer 3 (sued as "Broker-Dealer 3"); Affiliate of Corporation 1 (sued as "Corporation 1"); Corporation 5; Corporation 6; Affiliate of Mutual Fund 7 (sued as "Mutual Fund 7"); Fund 5; Fund 6; Fund 7; Fund 8; Fund 9; Fund 10; Fund 11; Fund 12; Fund 13; Fund 14; BellSouth Corporation Representable Employees Health Care Trust-Retirees (sued as "Bellsouth Healthcare S&P 400"); BellSouth Corporation RFA VEBA Trust ("Bellsouth Grouplife Trust-S&"); NBCN, Inc.; Affiliate of Mutual Fund 10 (sued as "Mutual Fund 10"); Bank 3; Bank 4; and Bank 5* |

So ordered this ___ day of February, 2016.

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT COURT JUDGE

3