UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Lyondell Chemical Company
Plaintiff,

Case No. 16-cv-00518-DLC

-against-

Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

William A. Rome
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WR9045 My State Bar Number is 2126365

I am,

- ☑ An attorney
- ☐ A Government Agency attorney
- ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Hoffman & Pollok
FIRM ADDRESS: 260 Madison Avenue, 22nd Floor, NY, NY 10016
FIRM TELEPHONE NUMBER: 212-679-2900
FIRM FAX NUMBER: 212-679-1844

NEW FIRM:
FIRM NAME: Robinson Brog Leinwand Greene Genovese & Gluck PC
FIRM ADDRESS: 875 Third Avenue, 9th Floor, New York, NY 10022
FIRM TELEPHONE NUMBER: 212-603-6300
FIRM FAX NUMBER: 212-956-2164

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge ____________________________.

Dated: February 10, 2016

William A. Rome
ATTORNEY'S SIGNATURE