UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re LYONDELL CHEMICAL COMPANY | 16 Civ. 00518 (DLC) |
| EDWARD S. WEISFELNER, as Litigation Trustee of the LB Litigation Trust,<br><br>Appellant,<br><br>-v-<br><br>HOFMANN, et al.<br><br>Appellees. | |

## NOTICE OF APPEARANCE

To:   The Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Appellees Doft and Co., Inc.; Elisabeth H. Doft; MJR Partners; RBC Dominion Securities; HBK Master Fund L.P.; Affiliate of Mutual Fund 12; Affiliate of Broker-Dealer 1; Affiliate of Broker-Dealer 2; Affiliate of Broker-Dealer 3; Affiliate of Corporation 1; Corporation 5; Corporation 6; Affiliate of Mutual Fund 7; Fund 5; Fund 6; Fund 7; Fund 8; Fund 9; Fund 10; Fund 11; Fund 12; Fund 13; Fund 14; BellSouth Corporation Representable Employees Health Care Trust-Retirees; BellSouth Corporation RFA VEBA Trust; NBCN, Inc.; Affiliate of Mutual Fund 10; Bank 3; Bank 4; and Bank 5.  I certify that I am admitted to practice in this Court.

- 2 -

Dated: February 10, 2016

/s/ Jessica R. Wheeler
Jessica R. Wheeler
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:    (212) 230-8800
Email: Jessica.Wheeler@wilmerhale.com