UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
In re LYONDELL CHEMICAL COMPANY : 16 Civ. 00518 (DLC)
:
:
:
------------------------------------
:
EDWARD S. WEISFELNER, as Litigation :
Trustee of the LB Litigation Trust :
:
            Appellant, :
:
      -v- :
:
HOFMANN, et al. :
:
            Appellees. :
------------------------------------x

## NOTICE OF APPEARANCE

To:   The Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Appellees Doft and Co., Inc.; Elisabeth H. Doft; MJR Partners; RBC Dominion Securities; HBK Master Fund L.P.; Affiliate of Mutual Fund 12; Affiliate of Broker-Dealer 1; Affiliate of Broker-Dealer 2; Affiliate of Broker-Dealer 3; Affiliate of Corporation 1; Corporation 5; Corporation 6; Affiliate of Mutual Fund 7; Fund 5; Fund 6; Fund 7; Fund 8; Fund 9; Fund 10; Fund 11; Fund 12; Fund 13; Fund 14; BellSouth Corporation Representable Employees Health Care Trust-Retirees; BellSouth Corporation RFA VEBA Trust; NBCN, Inc.; Affiliate of Mutual Fund 10; Bank 3; Bank 4; and Bank 5.  I certify that I am admitted to practice in this Court.

Dated: February 10, 2016

                                            /s/ Michael Guippone
                                            Michael Guippone
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            7 World Trade Center
                                            250 Greenwich Street
                                            New York, New York 10007
                                            Tel:    (212) 230-8800
                                            Email: Michael.Guippone@wilmerhale.com