UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | |
| LYONDELL CHEMICAL COMPANY, et al., | : | |
| Debtors. | : | |
| EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST, | : | Civil Action No. 1:16-cv-518-DLC |
| Plaintiff, | : | NOTICE OF APPEARANCE |
| v. | : | |
| HOFMANN, et al., | : | |
| Defendants. | : | |

TO:   CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Appellees Pension Fund 1, Pension Fund 2 and OP&F/Intech.  I am admitted to practice pro hac vice in this case [Dkt. 13].

Dated: February 11, 2016              Respectfully submitted,

>                                   */s/ Daniel R. Swetnam*
>                                   Daniel R. Swetnam            (0011022)
>                                   ICE MILLER LLP
>                                   250 West Street, Suite 700
>                                   Columbus, OH  43215
>                                   (614) 462-2225; Fax:  (614) 224-3568
>                                   Email:  Daniel.Swetnam@icemiller.com
>
>                                   *Counsel for Defendants*
>                                   *Pension Fund 1, Pension Fund 2 and OP&F/Intech*

CO\5220478.1